UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Civil Action NO. 13-70-HRW

KYLE ELLIS,                                                                                      PLAINTIFF,

v.                                                    **ORDER**

DECA FINANCIAL SERVICES, LLC, *et al.*,                                     DEFENDANTS.

This matter is before the Court upon the Plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal [Docket No. 27].

The Court having reviewed the notice and being otherwise sufficiently advised **HEREBY ORDERS** that this matter be **DISMISSED** without prejudice and **STRICKEN** from the docket of this Court.

This 17th day of April, 2014.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge